RECEIVED IN
The ~~~ urt of Appeals
Sixth District

FEB 0 9 2015

PD-0197-15

NO. 06-13-00223

STATE OF TEXAS ~~~ ~~~, Texas
Debra Autrey, Clerk

VS.

JESSICA NICOLE NANCE

IN THE

6TH COURT

OF APPEALS

## MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Jessica Nicole Nance, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file an appellant's pro se brief, pursuant to Rule 10.5 of the Texas Rules of Appellant Procedure, and for good cause shows the following:

1. This case is on appeal from the County Court at Law Number 1 of Hunt County, Texas.
2. The case below was styled the STATE OF TEXAS vs. Jessica Nicole Nance, and numbered CR1101695.
3. Appellant was convicted of Driving While Intoxicated 2nd.
4. Appellant was assessed a sentence of 250 days on October 14th, 2013.
5. Notice of appeal was given on October 14th, 2013.
6. The clerk's record was filed on November 8th, 2013; the reporter's record was filed on February 11th, 2013.
7. The appellant's pro se brief was submitted September 4th, 2013.
8. The case was affirmed on November 11th, 2013.
9. Motion for rehearing was filed on December 29th, 2013.
10. Motion was overruled on December 29th, 2013.

FILED IN
COURT OF CRIMINAL APPEALS

FEB 20 2015

Abel Acosta, Clerk

Appellant Jessica Nicole Nance is requesting a 30 day extension to file the petition for discretionary review. Appellant was hospitalized for a little over two weeks. Appellant was on strict bed rest. Appellant ending up having to go back to the hospital again. The second time she suffered a miscarriage. Appellant is currently still under doctors care and needs the additional time to work on filing her petition. Appellant has not requested any further extension for the petition for discretionary review.

**WHEREFORE APPELLANT PRAYS THIS COURT WILL GRANT HER TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW.**

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk

Respectfully Submitted,

Jessica Nicole Nance (Pro Se Appellant)